IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., Plaintiff, v. INTERNET SUBSCRIBERS 1-10, Defendants. | **MEMORANDUM DECISION AND ORDER DENYING [9] PRO SE MOTION TO QUASH** <br><br> Case No. 2:19-cv-00482-DN <br><br> District Judge David Nuffer |

On July 30, 2019, Plaintiff was authorized[1] to serve subpoenas on Comcast Cable to obtain identifying and contact information for the Internet Subscriber Defendants. Plaintiff alleges that these Defendants infringed Plaintiff's copyright in the motion picture *Hunter Killer* "by using the internet to reproduce or copy, distribute or otherwise make available for distribution to the public *Hunter Killer* except pursuant to a lawful license or with the express authority of Plaintiff."[2]

One of the individuals identified by Comcast filed the *Pro Se* Motion to Quash the subpoena (the "Motion").[3] However, the Motion does not provide an appropriate basis or reason under Federal Rule of Civil Procedure 45 to quash or modify the subpoena. In the absence of a recognized basis under the Federal Rules of Civil Procedure to quash or modify the subpoena served on Comcast, the Motion must be denied.

---

[1] Order Authorizing Limited Discover, docket no. 8, filed July 30, 2019.

[2] Complaint at 16–17, docket no. 2, filed July 9, 2019.

[3] *Pro Se* Motion to Quash, docket no. 9, filed August 26, 2019.

IT IS HEREBY ORDERED that the Motion[4] is DENIED.

Signed September 13, 2019.

                                        BY THE COURT

                                        David Nuffer
                                        United States District Judge

---

[4] *Id.*