IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Tidwell et al<br><br>　　　　　Defendants. | **ORDER GRANTING [24] EX PARTE MOTION FOR EXTENSION OF TIME FOR SERVICE PURSUANT TO FRCP 4(m)**<br><br>Case No. 2:19-cv-00482-DN<br><br>District Judge David Nuffer |

Based on Plaintiff's Motion for Extension of Time for Service Pursuant to FRCP 4(m) (the "Motion")[1] and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. Plaintiff shall have through March 10, 2020 for service as to all Defendants.

Signed December 31, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_David Nuffer (signature)_
　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] Ex Parte Motion for Extension of Time for Service Pursuant to FRCP 4(m), docket no. 24, filed December 23, 2019.

[2] *Id.*