Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., | Civil Action No. 2:19-cv-00482-DN |
| Plaintiff, | Judge David Nuffer |
| vs. | |
| TIDWELL ET AL., | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS** |
| Defendants. | |

Plaintiff, Hunter Killer Productions, Inc., by and through its counsel of record, hereby voluntarily dismisses this action without prejudice against certain Defendants ("Defendants") identified below pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Defendants have made no appearance in this case and have therefore not filed an Answer or Summary Judgment Motion. Accordingly, Plaintiff voluntarily dismisses this action as to the Defendants identified below without a court order.

| IP | NAME |
|---|---|
| 24.10.184.68 | Deborah Tutvin-Thompson |
| 73.20.39.50 | Elizabeth Gailey |

DATED: February 24, 2020.

DUREN IP

By: ___/s/Todd E. Zenger_____
     Todd E. Zenger

     Attorneys for Plaintiff
     Hunter Killer Productions, Inc.